UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MORGAN, on behalf of himself and others similarly situated,<br><br>                            Plaintiff,<br><br>v.<br><br>SEA WORLD LLC, et al.,<br><br>                           Defendants. | Case No.: 23-cv-01692-AJB-SBC<br><br>**ORDER DISMISSING ACTION** |

On April 24, 2025, the Court held a Show Cause Hearing, *sua sponte* raising the issue of subject matter jurisdiction. (*See* Doc. No. 43.) Having voluntarily dismissed his class claims on April 22, 2025 (*see* Doc. Nos. 41; 42), Plaintiff stipulated at the hearing that the remaining individual claims do not meet the amount in controversy required for diversity jurisdiction. *Cf.* 28 U.S.C. § 1332. With no objections from either party, the Court dismissed the action without prejudice due to a lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 25, 2025

                                                  Hon. Anthony J. Battaglia
                                                  United States District Judge