

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Morgan, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>V.<br><br>Sea World LLC.; Does 1 to 100, inclusive<br><br>Defendant. | Civil Action No.   23-cv-1692-AJB-SBC<br><br>**CLERK'S JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Dismisses the action without prejudice due to a lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

The case is hereby closed.

Date:   4/28/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Quinata

M. Quinata, Deputy